

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

August 28, 2017

Clerk, United States District Court

__Southern__   District of   __California__

333 West Broadway, Suite 420
San Diego, CA 92101

Re:  Transfer of Jurisdiction of Probation

   Your Case No.  2:17CR00280-002
   Assigned Our Case No.  CR 17-538 R
   Case Title:  United States of America v. Lesly Marlim Cuellar

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge  VIRGINIA A. PHILLIPS  .

Please forward to this district certified copies of the following documents:
1)   Indictment, Information, or Complaint
2)   Judgment and Probationary Order
3)   If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By  G. Kami   grace_kami@cacd.uscourts.gov
   Deputy Clerk

cc:   Probation Office, Central District of California
   Probation Office, District of Origin