

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00538-JVS |
| Plaintiff, | |
| v. | **ORDER OF DETENTION AFTER HEARING** |
| *Lesly Marlim Cuellar* | **[Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)]** |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Central District of California* for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on *defendant does not contest detention.*

1

2

3

4   and/or

5   B.   ⊠   The defendant has not met his/her burden of establishing by clear and

6        convincing evidence that he/she is not likely to pose a danger to the safety of

7        any other person or the community if released under 18 U.S.C. § 3142(b) or

8        (c). This finding is based on: *defendant does not contest*

9        *detention.*

10

11

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending the

14   further revocation proceedings.

15

16   Dated:  8/27/2019

17

18

19                              _____
20                              ALEXANDER F. MacKINNON
                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                2